# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REJINA J. GALVEZ, ) | 1:12-cv-1960 AWI GSA |
| Plaintiff, ) | |
| v. ) | **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW THIS COURT'S ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| Defendant. ) | |

      Plaintiff, Rejina J. Galvez ("Plaintiff"), is proceeding pro se in this civil action, having filed a complaint on November 30, 2012. (Doc. 1). Plaintiff is challenging a denial of her application for disability/social security benefits and has named the Commissioner of Social Security as a defendant ("Defendant"). A summons was issued on January 1, 2013. (Doc. 5). On January 18, 2013, an Informational Order was served on Plaintiff that contained specific instructions outlining how Plaintiff must serve the summons and complaint on Defendant. (Doc. 6, Pg. 1-2). The order indicated that Plaintiff must serve the summons and complaint within twenty days and file proof of service with the Court. *Id*.

      To date, Plaintiff has not filed the required proof of service. Plaintiff is advised that this

case cannot proceed if Defendant has not been served.  The proof of service also needs to be filed with the Court.

Therefore, Plaintiff is ordered to show cause why the action should not be dismissed for failure to comply with this Court's January 18, 2013, order.  (Doc. 6).  Plaintiff is ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order explaining why the proofs of service has not been filed.  In the alternative, Plaintiff shall file the required proofs of service within the twenty day period.

Failure to respond to this Order to Show Cause within the time specified will result in dismissal of this action.


IT IS SO ORDERED.

**Dated:   March 25, 2013**                          /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

2